RECEIVED

JAN 0 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **FRED OTIS CARTER** | **CIVIL ACTION NO. 06-970-P** |
| **VERSUS** | **JUDGE WALTER** |
| **LARRY C. DEEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Considering the foregoing motion to compel discovery, Doc. #17,

**IT IS HEREBY ORDERED DENIED** as premature.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 28

day of December 2006.

_____
**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**