RECEIVED
JAN 0 3 2007 Smd
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

06-970
Sec P

## ORDER

THE COURT HAS ORDERED THAT THE PLAINTIFF HEREIN RECOVER OF THE DEFENDANTS THE DAMAGES SUSTAINED BY HIM AND THAT AN INQUEST BE TAKEN BEFORE A JURY TO ASSESS PLAINTIFF'S DAMAGES AND THAT, UPON RENDERING OF A VERDICT BY THE JURY, JUDGMENT BE ENTERED IN ACCORDANCE THEREWITH. THIS CASE WAS REGULARLY BROUGHT ON FOR HEARING ON THE _____, BEFORE THE COURT AND A JURY, AFTER DUE NOTICE THEREOF TO SAID DEFENDANTS AND THE JURY HAS RENDERED A VERDICT FOR THE PLAINTIFF AND AGAINST DEFENDANTS LARRY C. DEEN AND CHARLES GRAY IN THE SUM OF $_____. IT IS HEREBY

ORDERED, ADJUDGED, AND DECREED, THAT THE PLAINTIFF RECOVER OF THE DEFENDANTS THE SUM OF $_____

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Denied as premature. The court has not yet ordered service on defendants.
1-3-07